# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MARQUIS B. MITCHELL,   )   No. CV 15-6613-RGK (PLA)
        Petitioner,   )   **JUDGMENT**
    v.   )
J. PRICE, Warden,   )
        Respondent.   )

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: June 28, 2016

/s/ Gary Klausner
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE